*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

No. 13-BG-1502

IN RE LORENZO C. FITZGERALD, JR., RESPONDENT.

A Suspended Member of the Bar of the
District of Columbia Court of Appeals
(Bar Registration No. 390603)

On Report and Recommendation of the
Board on Professional Responsibility
(BDN-127-09)

(Submitted October 14, 2014                          Decided December 4, 2014)

Before THOMPSON and BECKWITH, *Associate Judges*, and NEBEKER, *Senior Judge*.

PER CURIAM: Having found by clear and convincing evidence that respondent, Lorenzo C. Fitzgerald, Jr., violated District of Columbia Rules of Professional Conduct 1.16 (d), 8.1 (a), 8.1 (b), 8.4 (c), and 8.4 (d), the Board on Professional Responsibility ("the Board") recommended that respondent be suspended for the period of one year, and demonstrate fitness prior to reinstatement. The Board found that respondent failed to deliver a client's file to client's successor counsel, did not respond to Bar Counsel in a timely manner, falsely asserted to Bar Counsel that he properly delivered client's file, and falsely

asserted to Bar Counsel that he did not receive Bar Counsel's requests for information.  Neither respondent nor Bar Counsel filed an exception to the Board's recommendation.

Pursuant to District of Columbia Bar Rule XI, § 9 (h)(2), "[I]f no exceptions are filed to the Board's report, the Court will enter an order imposing the discipline recommended by the Board upon the expiration of the time permitted for filing exceptions."  Accordingly, it is

ORDERED that Lorenzo C. Fitzgerald, Jr., be suspended from the District of Columbia Bar for a period of one year.[1]  For purposes of reinstatement, the period of respondent's suspension shall run from the date on which he filed the affidavit required by District of Columbia Bar Rule XI, § 14 (g).  Respondent must demonstrate fitness to practice law prior to reinstatement.  We direct respondent's attention to the responsibilities of disbarred attorneys set forth in District of Columbia Bar Rule XI, §§ 14 and 16.

*So ordered.*

---

[1]  This court suspended respondent from practicing law on March 25, 2014, after respondent failed to show cause why he should not be suspended pending final action on the Board's report.  *In re Lorenzo C. Fitzgerald, Jr.*, No. 13-BG-1502, Order at 1 (D.C. Mar. 25, 2014).